UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. 2:17-MJ-416 |
| | § | |
| GERARDO GARCIA | § | |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above Defendant has testified under oath or has otherwise satisfied this Court that defendant is financially unable to employ counsel, and does not wish to waive counsel. Because the interests of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

An appointment by a Magistrate Judge shall remain in effect if the case proceeds to District Court.

The Preliminary and Detention hearings are scheduled for: **April 26, 2017 at 9:00 a.m.** Defendant speaks English and will **not** need an interpreter.

ORDERED this 21st day of April, 2017.

_____
Jason B. Libby
United States Magistrate Judge