UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. 2:17-MJ-416 |
| | § | |
| GERARDO GARCIA | § | |

## ORDER AMENDING CRIMINAL COMPLAINT

The criminal complaint in this criminal case originally indicated the defendant's name is Gerardo Garcia. On the record, the defendant indicated his true and correct name is Gerardo Garcia Jr.

The Government made an oral motion that the criminal complaint be amended. Accordingly, the motion is granted and the amended complaint should reflect the defendant's correct name is Gerardo Garcia Jr.

The Clerk's office is directed to correct the criminal complaint and update the docket sheet accordingly.

ORDERED this 21st day of April, 2017.

Jason B. Libby
United States Magistrate Judge